UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

AIMEE CRONK,

    Plaintiff,

v.                                                Case No. 20-cv-397

COUNTY OF DUNN,

    Defendant.

---

### ORDER APPROVING SETTLEMENT

---

Based on the Joint Motion for Approval of Settlement, filed by Plaintiff, Aimee Cronk, and Defendant, Dunn County (collectively, the "Parties"), the stipulation of the Parties and the factual representations set forth therein and the exhibits attached thereto, the Court hereby approves the Confidential Settlement Agreement and General Release attached as Exhibit A to the Joint Motion for Approval of Settlement.

SO ORDERED, this 15th day of November, 2021.

                                                    U.S. District Judge William M. Conley